

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMS
F. #2016R00509

271 Cadman Plaza East
Brooklyn, New York 11201

December 7, 2022

By ECF and E-mail

Jennifer Baumann
United States Probation Officer
Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201

      Re:    United States v. Wayne Peterkin
               Criminal Docket No. 16-185 (DLI)

Dear Officer Baumann:

      The government has reviewed the Presentence Investigation Report ("PSR") in the above-captioned case prepared on November 30, 2022. The government does not have any objections to the PSR.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    /s/
      Jennifer M. Sasso
      Assistant U.S. Attorney
      (718) 254-6402

cc:    Clerk of Court (DLI) (by ECF and E-mail)
       Defense counsel (by ECF and E-mail)